**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LAURA SOLORIO LOPEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-770-KC** |
| | § | |
| **WARDEN, EL PASO SERVICE PROCESSING CENTER et al.,** | § | |
| | § | |
| | § | |
| **Respondents.** | § | |

## FINAL JUDGMENT

On this day, the Court considered the case. On April 16, 2026, the Court granted in part Solorio Lopez's Amended Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision. Apr. 16, 2026, Order 3, ECF No. 11. Respondents have now informed the Court that an IJ granted Solorio Lopez a $5,000 bond. Notice, ECF No. 12; *see id.* Ex. A ("IJ Order"), ECF No. 12-1.

It appears that the only remaining matter to be resolved in this case is Solorio Lopez's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Am. Pet. 88, ECF No. 8; *see generally* Apr. 16, 2026, Order. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 28th day of April, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE